AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| JOSEPH M. WEBSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 7:14-CV-152-D** |
| TOWN OF WARSAW, ) | |
| ) | |
| Defendants ) | |

**Decision by the Court:**

    IT IS ORDERED, ADJUDGED, AND DECREED that the Defendant's Motion to Dismiss is GRANTED,and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief can be granted.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**DECEMBER 5, 2014**</u> WITH A COPY  TO:

Ernest Wright         (via CM/ECF electronic notification)
Dan McCord Hartzog, Jr.     (via CM/ECF electronic notification)


<u>December 5, 2014</u>               JULIE A. RICHARDS, Clerk
Date                                Eastern District of North Carolina

                                         <u>/s/ Courtney O'Brien</u>
                                         (By) Deputy Clerk

Raleigh, North Carolina